| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: District of Arizona | | |
| Case number (If known): _____ | Chapter you are filing under:<br>☐ Chapter 7<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**   GRAY GUARANTORS I LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   83-4267800

**4. Debtor's address**

Principal place of business:
4040 E Camelback Rd
Ste 160
Phoenix, AZ 85018
Maricopa County

Mailing address, if different from principal place of business:

Location of principal assets, if different from principal place of business:
4605 N Scottsdale Rd
Scottsdale, AZ 85251

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | GRAY GUARANTORS I LLC | Case number (if known) |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

    A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☐ None of the above

    B. *Check all that apply:*
    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
    531390

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☒ No
    ☐ Yes. District _____ When ____/____/____ Case number _____
    MM / DD / YYYY

    If more than 2 cases, attach a separate list.

    District _____ When ____/____/____ Case number _____
    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes. Debtor Biltmore 24 Investors SPE, LLC  Relationship Affiliate
    District District of Arizona  When 04/21/2020
    MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | GRAY GUARANTORS I LLC | Case number (if known) |
|---|---|---|

16. **Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/16/2020
MM / DD / YYYY

✗ /s/ Bruce Gray
Signature of authorized representative of debtor

Bruce Gray
Printed name

Title Manager

18. **Signature of attorney**

✗ /s/ Michael Carmel
Signature of attorney for debtor

Date 04/16/2020
MM / DD / YYYY

Michael Carmel
Printed name

Michael W. Carmel, Ltd.
Firm name

80 E Columbus Ave
Number  Street

Phoenix
City

AZ
State

85012
ZIP Code

(602) 264-4965
Contact phone

michael@mcarmellaw.com
Email address

007356
Bar number

AZ
State

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| Gray Blue Sky Residential Phase I, LLC | District of Arizona | 04/21/2020 |
| Gray Guarantors II, LLC | District of Arizona | 04/21/2020 |
| Gray Guarantors III, LLC | District of Arizona | 04/21/2020 |

Fill in this information to identify the case and this filing.

Debtor Name: GRAY GUARANTORS I LLC

United States Bankruptcy Court for the: District of Arizona

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/16/2020       X /s/ Bruce Gray
             MM / DD / YYYY    Signature of individual signing on behalf of debtor

                               Bruce Gray
                               Printed name

                               Manager
                               Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Quinlan Law Firm<br>2415 E Camelback Rd<br>Ste 700<br>Phoenix, AZ, 85016 | | | | | | 112,500.00 |
| 2 | Cohen Dowd & Quigley<br>2425 E Camelback Rd<br>Ste 1100<br>Phoenix, AZ, 85016 | | | | | | 53,931.00 |
| 3 | Mesch Clark & Rothschild PC<br>259 N Meyer Ave<br>Tucson, AZ, 85701-1090 | | | | | | 45,711.00 |
| 4 | Stinson Leonard Street LLP<br>PO Box 843052<br>Kansas City, MO, 64184-3052 | | | | | | 45,045.00 |
| 5 | Kutak Rock LLP<br>PO Box 30057<br>Omaha, NE, 68103-1157 | | | | | | 16,000.00 |
| 6 | Beus Gilbert PLLC<br>701 N 44th St<br>Phoenix, AZ, 85008 | | | | | | 3,750.00 |
| 7 | Snell & Wilmer LLP<br>400 E Van Buren St<br>Ste 1900<br>Phoenix, AZ, 85004-2202 | | | | | | 1,869.00 |
| 8 | CT Corporation<br>28 Liberty St<br>New York, NY, 10005 | | | | | | 1,050.00 |

| Debtor | GRAY GUARANTORS I LLC | Case number (if known) |
|---|---|---|

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Newmark Knight Frank Valuation<br>2398 E Camelback Rd<br>Ste 950<br>Phoenix, AZ, 85016 | | | | | | 1,000.00 |
| 10 | Susie's Fence Inc.<br>PO Box 6326<br>Goodyear, AZ, 85338 | | | | | | 681.80 |
| 11 | R&D Storm Water Management<br>3420 E. Union Hills Dr<br>Ste 173<br>Phoenix, AZ, 85050 | | | | | | 150.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor: GRAY GUARANTORS I LLC

United States Bankruptcy Court for the: District of Arizona

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ | $ _____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim: | | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ | $ _____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim: | | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ | $ _____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim: | | |
| Last 4 digits of account number _____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor: GRAY GUARANTORS I LLC    Case number (if known): _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Beus Gilbert PLLC<br>701 N 44th St<br><br>Phoenix, AZ, 85008 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ 3,750.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>Cohen Dowd & Quigley<br>2425 E Camelback Rd<br>Ste 1100<br>Phoenix, AZ, 85016 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ 53,931.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address<br>CT Corporation<br>28 Liberty St<br><br>New York, NY, 10005 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ 1,050.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address<br>Kutak Rock LLP<br>PO Box 30057<br><br>Omaha, NE, 68103-1157 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ 16,000.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **3.5** Nonpriority creditor's name and mailing address<br>Mesch Clark & Rothschild PC<br>259 N Meyer Ave<br><br>Tucson, AZ, 85701-1090 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ 45,711.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **3.6** Nonpriority creditor's name and mailing address<br>Newmark Knight Frank Valuation<br>2398 E Camelback Rd<br>Ste 950<br>Phoenix, AZ, 85016 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ 1,000.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.7 Nonpriority creditor's name and mailing address<br>R&D Storm Water Management<br>3420 E. Union Hills Dr<br>Ste 173<br>Phoenix, AZ, 85050 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $150.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.8 Nonpriority creditor's name and mailing address<br>Snell & Wilmer LLP<br>400 E Van Buren St<br>Ste 1900<br>Phoenix, AZ, 85004-2202 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $1,869.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>✓ No<br>☐ Yes | |
| 3.9 Nonpriority creditor's name and mailing address<br>Stinson Leonard Street LLP<br>PO Box 843052<br><br>Kansas City, MO, 64184-3052 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $45,045.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>✓ No<br>☐ Yes | |
| 3.10 Nonpriority creditor's name and mailing address<br>Susie's Fence Inc.<br>PO Box 6326<br><br>Goodyear, AZ, 85338 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $681.80 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| 3.11 Nonpriority creditor's name and mailing address<br>The Quinlan Law Firm<br>2415 E Camelback Rd<br>Ste 700<br>Phoenix, AZ, 85016 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $112,500.00 |
| Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | Is the claim subject to offset?<br>✓ No<br>☐ Yes | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 281,687.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 281,687.80 |

United States Bankruptcy Court
District of Arizona

In re: GRAY GUARANTORS I LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/16/2020

/s/ Bruce Gray
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

GRAY GUARANTORS I LLC


BEUS GILBERT PLLC
701 N 44TH ST
PHOENIX, AZ 85008

COHEN DOWD & QUIGLEY
2425 E CAMELBACK RD
STE 1100
PHOENIX, AZ 85016

CT CORPORATION
28 LIBERTY ST
NEW YORK, NY 10005

KUTAK ROCK LLP
PO BOX 30057
OMAHA, NE 68103-1157

MESCH CLARK & ROTHSCHILD PC
259 N MEYER AVE
TUCSON, AZ 85701-1090

NEWMARK KNIGHT FRANK VALUATION
2398 E CAMELBACK RD
STE 950
PHOENIX, AZ 85016

R&D STORM WATER MANAGEMENT
3420 E. UNION HILLS DR
STE 173
PHOENIX, AZ 85050

ROMSPEN US MASTER MORTGAGE LP
C/O KYLE HIRSCH, ESQ.
TWO N CENTRAL AVE STE 2100
PHOENIX, AZ 85004

ROSPEN US MASTER MORTGAGE LP
162 CUMBERLAND ST. STE 300
ATTN:   WESLEY REITMAN
TORONTO, ONTARIO CANADA,   M5R 3N5

SNELL & WILMER LLP
400 E VAN BUREN ST
STE 1900
PHOENIX, AZ 85004-2202

STINSON LEONARD STREET LLP
PO BOX 843052
KANSAS CITY, MO 64184-3052

SUSIE'S FENCE INC.
PO BOX 6326
GOODYEAR, AZ 85338

THE QUINLAN LAW FIRM
2415 E CAMELBACK RD
STE 700
PHOENIX, AZ 85016

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of Arizona

**In re** GRAY GUARANTORS I LLC

Case No. _____

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 0.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 675.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify) Bruce Gray

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☑ Other (specify) Bruce Gray and Debtor

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

Test Test

    d.  [Other provisions as needed]

.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/21/2020 | /s/ Michael Carmel, 007356 |
|---|---|
| *Date* | *Signature of Attorney* |

Michael W. Carmel, Ltd.

*Name of law firm*
80 E Columbus Ave
Phoenix, AZ 85012
(602) 264-4965
michael@mcarmellaw.com